UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 25cr40028 |
| | ) | |
| JESSE EL-GHOUL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant, Jesse El-Ghoul, in the above-captioned matter and hereby moves this Honorable Court to amend his conditions of release to allow travel to all New England states solely for employment purposes. In support thereof the defendant states the following:

1. The defendant has recently been hired by MRD Custom Construction LLC (see Business Entity Summary from the Secretary of the Commonwealth of Massachusetts attached as well as Letter of Employment).
2. The defendant is currently on conditions of release including that his travel is restricted to the district of Massachusetts.
3. The defendant's employment will require him to occasionally travel to all New England states.

Wherefore, the defendant respectfully requests that he be allowed to travel throughout New England upon notification to Probation.

Respectfully Submitted,
JESSE EL-GHOUL
By his Attorneys

*/s/ James E. McCall*
James E. McCall
BBO# 327365
107 Union Wharf
Boston, MA 02109
(617) 720-2900
mccall_attorney@yahoo.com

*/s/ Patrick M. Troy*
Patrick M. Troy, Esq.
BBO # 639464
107 Union Wharf
Boston, MA 02109
(617) 720-5590
attorneytroy@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.

Dated: January 15, 2026 Signed: */s/ James E. McCall*