UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 4:25-cr-40028-DJC |
| | ) | |
| JESSE EL GHOUL, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING DATE**

Now comes the defendant, Jesse El Ghoul, by and through his counsel of record, and respectfully moves this Honorable Court to continue his Sentencing Hearing that is currently scheduled in this case for April 16, 2026, at 3:00 p.m, approximately four weeks, to a date convenient for the court and all parties. As grounds therefore, the defendant states the following:

1. The defendant has a series of medical appointments scheduled dealing with ongoing health issues.
2. Counsel for the defendant is currently dealing with issues regarding his 101-year-old mother and needs additional time to prepare for sentencing.
3. Assistant United States Attorney Seth Kosto assents to this motion.
4. This request is in the interest of justice.

WHEREFORE, the defendant respectfully requests that his Sentencing Hearing be continued.

Respectfully submitted,
JESSE EL GHOUL
By His Attorneys

*/s/ James E. McCall*

James E. McCall, Esq.
BBO# 327365
107 Union Wharf
Boston, MA 02109
(617) 720-2900

*/s/ Patrick M. Troy*
Patrick M. Troy, Esq.
BBO# 639464
107 Union Wharf
Boston, MA 02109
(617) 720-5590

Dated: April 9, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James E. McCall*
James E. McCall

Dated: April 9, 2026